

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00477-CV

_____

IN THE INTEREST OF B.G., B.G., AND B.G., CHILDREN

On Appeal from County Court at Law No. 1
Wichita County, Texas
Trial Court No. CCL1-CP2023-2329

Before Sudderth, C.J.; Wallach and Walker, JJ.
Memorandum Opinion by Justice Wallach

# MEMORANDUM OPINION

The trial court terminated Appellant Father's parental rights to his three children. *See* Tex. Fam. Code Ann. § 161.001(b)(1)(D), (N), (O), (2). Father then filed a notice of appeal and a motion for new trial. The trial court granted Father's motion for new trial.

Because the trial court granted Father's motion, we informed Father of our concern that his appeal had been mooted by the trial court's action. *See* Tex. R. App. P. 42.3; *In re J.L.G., Jr.*, No. 01-17-00129-CV, 2017 WL 1504008, at *1 (Tex. App.—Houston [1st Dist.] Apr. 25, 2017, no pet.) (mem. op.) ("The granting of a new trial renders the appeal moot, and this Court lacks jurisdiction over the appeal."). We informed Father that we would dismiss the appeal as moot unless, within ten days of our letter, he filed a response stating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), (c).

Father has filed no response. Accordingly, we dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f); *J.L.G.*, 2017 WL 1504008, at *1.

/s/Mike Wallach
Mike Wallach
Justice

Delivered: December 12, 2024

2